# IN THE SUPREME COURT, STATE OF WYOMING

## 2025 WY 76

*April Term, A.D. 2025*

__July 16, 2025__

JOHN ANTHONY FERNANDEZ,

**Appellant**
**(Defendant),**

**v.**                                               S-25-0084

THE STATE OF WYOMING,

**Appellee**
**(Plaintiff).**

## ORDER AFFIRMING THE DISTRICT COURT'S ORDER DENYING MOTION FOR SENTENCE REDUCTION

[¶1]   **This matter** came before the Court upon its own motion following notification that Appellant has not filed a *pro se* brief in the time allotted. Appellant filed this appeal to challenge the district court's January 23, 2025, Order Denying Motion for Sentence Reduction.

[¶2]   On April 23, 2025, Appellant's court-appointed appellate counsel filed a Motion to Withdraw as Counsel, pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). This Court subsequently entered an Order Granting Motion for Extension of Time to File *Pro Se* Brief. This Court ordered that Appellant was permitted to file with this Court a *pro se* brief specifying the issues he would like the Court to consider in this appeal. This Court also provided notice that, after the time for filing a *pro se* brief expired, this Court would make its ruling on counsel's motion to withdraw and, if appropriate, make a final decision on this appeal. Appellant did not file a *pro se* brief or other pleading in the time allotted.

[¶3]   Now, following a careful review of the *Anders* brief submitted by appellate counsel, and the record, this Court finds that appellate counsel's motion to withdraw should be granted and the district court's Order Denying Motion for Sentence Reduction should be affirmed. It is, therefore,

[¶4]   **ORDERED** that the Wyoming Public Defender's Office, court-appointed counsel for Appellant John Anthony Fernandez, is hereby permitted to withdraw as counsel of record for Appellant; and it is further

[¶5]   **ORDERED** that the Natrona County District Court's January 23, 2025, Order Denying Motion for Sentence Reduction, be, and the same hereby is, affirmed.

[¶6]   **DATED** this 16th day of July, 2025.

BY THE COURT:

/s/

**LYNNE BOOMGAARDEN**
**Chief Justice**

*Justice Hill recused